UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20989-CR-MOORE

UNITED STATES OF AMERICA

vs.

RAFAEL CARNET,

       Defendant.
_____/

## MOTION IN SUPPORT OF ORDER OF DISMISSAL

The United States Attorney for the Southern District of Florida, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks dismissal without prejudice of the indictment/complaint against the above-named defendant. In support, the United States (hereinafter "the government") avers the following:

1.    On November 24, 2009, a federal grand jury sitting in Miami returned a sealed indictment, charging NORBERTO DOMINGUEZ, GILBERTO DE LOS RIOS, LUIS MARIO LARA-ESTRADA, EDUARDO ALVAREZ MIRANDA, MANUEL LECHUGA PEREZ and RAFAEL CARNET (a/k/a "Cuajo") with conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) (CASE NO. 09-20989-CR-MOORE).

2.    During the course of the investigation, agents learned that an individual by the nickname of "Cuajo" was the intended recipient of approximately five (5) kilograms of cocaine that were seized on or about July 28, 2009.

3.    Agents have subsequently learned that CARNET may not be the individual who

during the course of the investigation was referred to as "Cuajo." The government believes that the individual known as "Cuajo" may be another individual.

4. Given the present situation, and in the interests of justice, dismissal of CARNET from the indictment without prejudice is appropriate.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

By: _____
ARMANDO ROSQUETE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 0648434
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
(305) 961-9377
(305) 536-7213 (FAX)
Armando.Rosquete@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20989-CR-MOORE

UNITED STATES OF AMERICA

vs.

RAFAEL CARNET,

Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant Rafael Carnet without prejudice.

Respectfully submitted,

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: _____

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: AUSA Armando Rosquete