UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21017-CR-JORDAN/MCALIELY

**UNITED STATES OF AMERICA,**

-vs-

**DAYANA MORENO,**
_____/

### NOTICE TO STRIKE

Comes now the undersigned attorney Notifies this court of his intent to strike Document Number 53.

The wrong PDF file was sent.

s/Joseph A. Chambrot, Esq.

Attorney for Defendant

1885 NW North River Drive

Miami, FL  33125

(305)-547-2101

joecham@bellsouth.net

## CERTIFICATE OF SERVICE

       I hereby certify that on January 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel for record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               s/Joseph A. Chambrot____