UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21017-CR-JORDAN

UNITED STATES OF AMERICA

vs.

DAYANA MORENO,

   Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses

the Indictment without prejudice against the above named defendant.

                         Respectfully submitted,


                         _____
                         JEFFREY H. SLOMAN
                         UNITED STATES ATTORNEY


cc:   U.S. Attorney ( Karlyn J. Hunter, AUSA)
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services
      Special Agent
      Counsel of Record

Leave of Court is granted for the filing of the foregoing Dismissal. Ms. Moreno's motions —
including the motions to dismiss and to sever — are denied as moot.


DATE: 2-24-10          _____
                       ADALBERTO JORDAN
                       UNITED STATES DISTRICT JUDGE